

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Reynaldo Gutierrez Sr.,

\* From the 350th District Court
of Taylor County,
Trial Court No. 12628-D.

Vs. No. 11-25-00202-CV

\* August 29, 2025

Hochheim Prairie Farm Mutual
Insurance Company,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Reynaldo Gutierrez Sr.